UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER J. KALISHEK,

    Plaintiff,

v.                                            CASE NO.: 8:10-cv-714-T-23AEP

MICHAEL J. ASTRUE, Commissioner of
Social Security,

    Defendant.
_____/

**ORDER**

    An administrative law judge ("ALJ") denied Christopher J. Kalishek's claims for disability and disability insurance benefits, and the Social Security appeals council denied Kalishek's request for review. Asserting that the ALJ erred and that the ALJ lacked material after-arising evidence, Kalishek sues (Doc. 1) the Commissioner of Social Security ("Commissioner"). Magistrate Judge Porcelli issues a report (Doc. 15) finding that the ALJ's decision applies the correct legal standards, enjoys the support of substantial evidence, and sustains no blemish from Kalishek's new evidence.

    Kalishek submits objections (Doc. 16) that mainly repeat arguments from the brief in opposition to the ALJ's decision, and the Commissioner submits a response (Doc. 17) that incorporates the brief in support of the ALJ's decision. Consideration of the report, the objections, and the record show that the report is thorough and proper and that each objection is either baseless or answered by Magistrate Judge Porcelli.

The report (Doc. 15) is **ADOPTED**, the decision of the Commissioner of Social Security is **AFFIRMED**, and Kalishek's action is **DISMISSED**. The clerk is directed to (1) enter a judgment in favor of the Commissioner of Social Security, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on September 21, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE